# Court of Appeals
# of the State of Georgia

ATLANTA,  January 27, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0709. FERNANDO GONZALEZ v. AMLI MANAGEMENT COMPANY d/b/a AMLI NORTHPOINT APARTMENTS.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendant Fernando Gonzalez appealed to the state court, which entered a writ of possession in favor of plaintiff AMLI Management Company. Gonzalez then filed a notice of appeal to the supreme court, which transferred the case to us after finding that the case did not invoke its jurisdiction. We also lack jurisdiction over this direct appeal.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Gonzalez was required to follow the discretionary appeal procedures to obtain further appellate review. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/27/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*